THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOSEPH ALLEN HENDERSON, #246414, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>KILBY MEDICAL STAFF, *et al.*, )<br>)<br>Defendants. ) | 2:09-CV-955-TMH<br>[WO] |

## **FINAL JUDGMENT**

In accordance with the prior proceedings, opinions, and orders of the Court, it is the ORDER, JUDGMENT, and DECREE of the Court that this case be dismissed without prejudice.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done 9th day of December, 2009.

/s/ Truman M. Hobbs

SENIOR UNITED STATES DISTRICT JUDGE